IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02503-WYD-PAC

LEROY RATHBURN, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC.; and
THE QWEST TELEPHONE CONCESSION PLAN,

    Defendants.

### ORDER

The Court, having reviewed the Parties' Stipulated Motion for Order Staying Further Proceedings in This Case, and being fully advised in the premises, hereby

ORDERS that the Stipulated Motion for Order Staying Further Proceedings in this Case (filed January 13, 2006) is **GRANTED**.  In accordance therewith, it is

ORDERED that further proceedings in this case are **STAYED** until Chief Judge Babcock decides the Motion To Consolidate in *Marlys Rathbun v. Qwest Communications International, Inc., et al.*, Civil Action No. 05-cv-00711-LTB-MJW.  It is

FURTHER ORDERED that if the Motion To Consolidate is denied, further proceedings in this case shall be stayed pending Judge Babcock's ruling on whether the Telephone Concession constitutes an ERISA pension plan.  It is

FURTHER ORDERED that the parties shall promptly advise the Court of any rulings by Judge Babcock on the issues stated above. It is

FURTHER ORDERED that if the Motion To Consolidate is granted, Qwest shall answer (and shall not file a motion under Rule 12 in response to) plaintiff's complaint within 20 days of the order granting the Motion To Consolidate. Finally, it is

ORDERED that Magistrate Judge Coan is directed to vacate the Scheduling/ Planning Conference in this case set for February 8, 2006.

Dated:  January 13, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge